ACCEPTED
15-24-00014-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/13/2024 2:48 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/13/2024 2:48:13 PM
CHRISTOPHER A. PRINE
Clerk

**Ron Beal**
**Professor Emeritus & Attorney at Law**
**2530 Wooddale Circle**
**Waco, TX 76710**
**(254)-366-4198**
ron_beal@baylor.edu

15th Court of Appeals                    December 13, 2024
P.O. Box 12852
Austin, TX 78711

                    Re:    TCEQ v. Harrison Cty.
                           **Case No: 15-24-00014-CV**
                           Amicus Brief

Dear Honorable Justices of the 15th Court of Appeals:

I have received no compensation for the preparation, writing and filing of this amicus brief.

I solely write to preserve and protect the fairness and the integrity of the Texas administrative system, particularly the right to a fair contested case proceeding.

I know that I am a mere amicus and all the parties, and this Court may ignore my legal analysis of this case. That was done at oral arguments.

However, I have established with absolute clarity that the agency's final order is **void on its face,** and the substantial evidence doctrine as currently held by the Texas Supreme Court is inconsistent with the APA and 61 years of Texas Supreme Court precedent **that have never been overruled as invalid law by the current Supreme Court!**

How can that be ignored? I truly and unfortunately believe it is due to ignorance of counsel. However, that is aided by the fact that since around 2000, the Judiciary, as a whole, has utterly failed to strike down final orders that are void on their face! Why? I simply do not know.

I challenge this Court to not follow the conduct of the 3rd Court of Appeals and the Texas Supreme Court over the last 24 years. Valid final orders and a proper scope of review of substantial evidence **is critical to provide Texas citizens and entities a fair trial.**

**Without it we have nothing, and the 1976 miracle of adopting the APA has been destroyed, and thereby, impliedly repealed by ignorance and ambivalence. It truly must stop now.**

Sincerely,

/s/ Ron Beal
Ron Beal
Professor Emeritus of Law
Bar No. 24005041
2530 Wooddale Circle
Waco, TX 76710
(254) 366-4198
ron_beal@baylor.edu

## CERTIFICATE OF COMPLIANCE

I certify that this document was produced on a computer using Microsoft Word and contains 331 words, as determined by the computer's software's word count function, excluding the sections of the document listed in Texas Rules of Appellate Procedure 9.4(i)(1).

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on December 13, 2024, by e-file and/or electronic mail in accordance with the Texas Rules of Civil Procedure to the following:

**Appellant TCEQ**

Jake Marx
J. Amber Ahmed
Office of the Attorney General
P.O. Box 12548, (MC-066)
Austin, TX 78711-2548


**Cross Appellant/Appellee: Volvo Cars**

James P. Allison
1301 Nueces Street, Suite 201
Austin, TX 78701


/s/ Ron Beal

Ron Beal
Bar No. 24005041

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ronald Beal on behalf of Ronald Beal
Bar No. 24005041
ron_beal@baylor.edu
Envelope ID: 95306973
Filing Code Description: Letter
Filing Description: Letter
Status as of 12/13/2024 3:10 PM CST

Associated Case Party: Harrison County

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| James P. Allison | | j.allison@allison-bass.com | 12/13/2024 2:48:13 PM | SENT |
| Legal Secretary | | allison.bass@allison-bass.com | 12/13/2024 2:48:13 PM | SENT |
| Julia McVey | | j.mcvey@allison-bass.com | 12/13/2024 2:48:13 PM | SENT |
| Susana Naranjo-Padron | | s.naranjo-padron@allison-bass.com | 12/13/2024 2:48:13 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| irene tong | | irene.tong@oag.texas.gov | 12/13/2024 2:48:13 PM | SENT |
| Jake Marx | | jake.marx@oag.texas.gov | 12/13/2024 2:48:13 PM | SENT |